IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

_____

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY, | Civil Action No. 1:21CV-00045-GNS<br>Chief Judge Greg N. Stivers |
| Plaintiff, | |
| vs. | |
| TINA BROOKS-HAYZLETT and LAURIE JEAN JACOBSON, | |
| Defendants. | |

_____

## AMENDED ORDER OF DISMISSAL WITH PREJUDICE

Based on the Settlement Stipulation entered into between Tina Brooks-Hayzlett, one of the above named Defendants, and Laurie Jean Jacobson, one of the above named Defendants, and good cause appearing;

IT IS HEREBY ORDERED, that Defendant Laurie Jean Jacobson shall receive full remittal of life insurance proceeds deposited with the Federal Clerk of Courts in Kentucky's Western District by American General Life Insurance Company, by making payment to Laurie Jean Jacobson's counsel of record, Jacob D. Dawson, of Lammers, Kleibacker & Dawson, LLP, of PO Box 45, Madison, South Dakota, 57042.

IT IS FURTHER ORDERED, that this matter shall be dismissed in its entirety with prejudice, and without costs to any party.

_/s/ Tina Brooks-Hayzlett_____
Tina Brooks-Hayzlett
Electronically Authorized to
Attorney Dawson

_/s/ Jacob D. Dawson_____
Jacob D. Dawson
Attorney for Laurie Jean Jacobson

Dated this: December 22, 2021

BY THE COURT:

Greg N. Stivers, Chief Judge
United States District Court